UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD CARTER,<br><br>                              Petitioner,<br><br>         -against-<br><br>WARDEN RICKARD FCI OTISVILLE,<br><br>                              Respondent. | 25-CV-7097 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated September 5, 2025, the Court directed Petitioner, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $5.00 fee required to file a writ of *habeas corpus* in this court. *See* 28 U.S.C. §§ 1914, 1915. (ECF 3.) That order specified that failure to comply would result in dismissal of the complaint. Petitioner has not filed an IFP application or paid the $5.00 fee. Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

Because this action makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

      The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   November 10, 2025
           New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge