UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD CARTER,

                    Petitioner,

-against-

WARDEN RICKARD FCI OTISVILLE,

                    Defendant.

25-cv-7097 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the November 10, 2025, order, the petition is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915.

    Because this action makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 12, 2025
              New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                Chief United States District Judge